UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OTTO RAAB,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No.  3:10-CV-05487 RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

　　　　Based on the Plaintiff's Stipulated Motion for Extension of Time (ECF No. 11) and that Defendant's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall file his Opening Brief on or before 1/24/2011;

- Defendant shall file its Response to Plaintiff's Opening Brief on or before 2/212011;

- Plaintiff shall file the Reply Brief on or before 3/7/2011; and

- Oral argument, if desired, shall be requested by 3/14/2011.

　　　　DATED this 21st day of December 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　　ORDER - [3:10-CV-05487 RBL-JRC]