U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OTTO RAAB,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant. | Civil No.  3:10-CV-05487-RBL-JRC<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter is before the Court on the motion of Trent S.W. Crable (ECF No. 14) to withdraw as counsel of record and to substitute Christopher Dellert as counsel of record for Plaintiff Otto Raab in this matter pursuant to GR 2(g)(4)(A).  Christopher Dellert has filed his Notice of Appearance (ECF No. 13).  No objection has been filed by defendant and the Court has considered the pleadings and papers filed with said motion and,

IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this 4th day of February 2011.

_____
J. Richard Creatura
United States Magistrate Judge