UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OTTO RAAB,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-cv-05487-RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (ECF No. 19) and that Plaintiff's Counsel has no opposition it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 24, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including April 7, 2011, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by April 14, 2011.

DATED this 22nd day of February 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-cv-05487-RBL-JRC]