IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OTTO RAAB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:10-CV-5487-RBL-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

　　　Based on the Plaintiff's Motion to Amend the Briefing Schedule (ECF No. 26) and Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall be amended as follows:

　　　Plaintiff's Reply Brief due by April 28, 2011; and

　　　Oral argument, if desired, requested by May 5, 2011.

　　　DATED this 20th day of April, 2011.

　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge