UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OTTO RAAB,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                Defendant. | CASE NO. 10-cv-05487 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)    **JUDGMENT** is for **PLAINTIFF** and the case is closed.

DATED this 21st day of November, 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1