# United States District Court

WESTERN DISTRICT OF WASHINGTON

OTTO RAAB

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

CASE NUMBER: C10-5436RBL/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

**JUDGMENT** is for **PLAINTIFF** and the case is closed.


| November 22, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk