IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| OTTO RAAB,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-CV-5487-RBL<br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $6,426.46, and expenses in the amount of $1.05, for a total of $6,427.51, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Christopher H. Dellert, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law Office, PLLP, P.O. Box 955, Port Orchard, WA, 98366,

Dated this 25th day of January, 2012.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Page 1    ORDER [3:10-CV-5487-RBL]

1

2  Christopher H. Dellert
   Dellert Baird Law Office, PLLP
3  P.O. Box 955
   Port Orchard, WA   98366
4  Telephone:  (360) 509-9350
   FAX:  (253) 383-3673
5  Dellert.Law.Office@gmail.com
   Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23